NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

GABRIEL G. RODRIGUEZ, as Administrator of the Estate of GIAVANNA MARIA RODRIGUEZ for the Benefit of GABRIEL GENE RODRIGUEZ and JENNIFER ANN RODRIGUEZ,

*Petitioners-Appellants,*

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

*Respondent-Appellee.*

2010-5093

Appeal from the United States Court of Federal Claims in case no. 06-VV-559, Judge Margaret M. Sweeney.

## ON MOTION

## ORDER

Upon consideration of the Vaccine Injured Petitioners' Bar Association's motion for leave to file one day out of time a motion for a seven-day extension of time, until June 15, 2010, to file its brief amicus curiae,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUN 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John Francis McHugh, Esq.
Darryl R.Wishard, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2010

JAN HORBALY
CLERK